IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CENTENNIAL BANK,

    Plaintiff,

v.                                            CASE NO. 4:13cv653-RH/CAS

JOHN W. McBROOM and
KAREN K. McBROOM,

    Defendants.

_____/

## ORDER CLOSING THE FILE

The plaintiff has filed a notice of voluntary dismissal without prejudice. ECF No. 16. The notice is effective without an order. See Fed. R. Civ. P. 41(a)(1)(A)(i); Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012). This order confirms that the case has been dismissed. The clerk must close the file.

SO ORDERED on March 5, 2014.

                                                        s/Robert L. Hinkle
                                                        United States District Judge